IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL M. KAHR,

    Plaintiff,

v.                                             Case No. 13-C-1005

MICHAEL E. COLE, et al.,

    Defendants.

## SUPPLEMENTAL SPECIAL VERDICT

You have found that Defendants have infringed one or more certain claims of the '554 Patent and awarded a total royalty of $50,000. Please indicate which docks you found to infringe and the amount of the royalty you awarded for each one.

    1. The Cole dock at 2039 Washington Harbor Drive

    ANSWER: Infringement? Yes      Amount $5,000

    2. The Cole dock purchased by Rich Swedberg

    ANSWER: Infringement? Yes      Amount $9,000

    3. The Cole dock purchased by Debra Harriman

    ANSWER: Infringement? Yes      Amount $9,000

    4. The Cole dock purchased by Charles Wallman

    ANSWER: Infringement? Yes      Amount $9,000

    5. The Cole dock purchased by Jeffrey Steele

    ANSWER: Infringement? Yes      Amount $9,000

6. The Cole dock purchased by Andrew Hall (Cabots Point Road)

ANSWER: Infringement? yes     Amount $1,000

7. The Cole dock purchased by Richard Brown

ANSWER: Infringement? no     Amount 0

Dated at Green Bay, Wisconsin this 10 day of August, 2016.

──────────────────────
Presiding Juror

Case 1:13-cv-01005-WCG   Filed 08/10/16   Page 2 of 2   Document 101